IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SAHI SARWAR,

        Plaintiff,

v.                                                                                        4:11cv409-WS

UNITED STATES OF AMERICA,
et al.,

        Defendants.

_____

ORDER DIRECTING TRANSFER OF CASE

    Before the court is the magistrate judge's report and recommendation docketed October 7, 2011. See Doc. 7. The magistrate judge recommends that the action be transferred to the United States District Court for the Central District of California, Los Angeles Division. The plaintiff has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 7) is adopted

and incorporated by reference in this order of the court.

    2.   The clerk shall TRANSFER this action to the United States District Court for the Central District of California, Los Angeles Division, for all further proceedings.

    DONE AND ORDERED this    14th    day of    November   , 2011.

                                  s/ William Stafford
                                  WILLIAM STAFFORD
                                  SENIOR UNITED STATES DISTRICT JUDGE