UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 11-1858-JHN (SP) | Date | February 28, 2012 |
|---|---|---|---|
| Title | SAHI SARWAR v. UNITED STATES OF AMERICA, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

None Appearing                None Appearing

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On September 22, 2011, plaintiff Sahi Sarwar, a federal prisoner proceeding pro se, lodged a civil rights complaint pursuant to 42 U.S.C. § 1983, which was transferred to and filed in this court on December 12, 2011. On January 6, 2012, this court, having completed screening of the complaint, found the complaint subject to dismissal and granted leave to file a First Amended Complaint by February 6, 2012. Three weeks have passed beyond this deadline, but the court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **March 20, 2012**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by March 20, 2012.

If plaintiff files a First Amended Complaint by **March 20, 2012**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.