JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHI SARWAR,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No. ED CV 11-1858-MWF (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: May 25, 2012

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE